FILED IN
COURT OF CRIMINAL APPEALS

January 13, 2015

ABEL ACOSTA, CLERK

AP-76936
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/12/2015 11:11:51 AM
Accepted 1/12/2015 12:42:29 PM
ABEL ACOSTA
CLERK

**APPEAL NO. 76,936**

_____

# IN THE COURT OF CRIMINAL APPEALS

## FOR THE STATE OF TEXAS

_____

### TERENCE TRAMAINE ANDRUS, Appellant

### Vs.

### THE STATE OF TEXAS, Appellee.

_____

**On Appellant's Direct Appeal from the
240th Judicial District Court, of Fort Bend County, Texas
Cause Number 09-DCR-051034.
The Honorable Thomas R. Culver, III, Judge Presiding**

_____

**APPELLANT'S FIRST AMENDED
NOTICE OF APPEARANCE FOR ORAL ARGUMENT**

_____

**Cary M. Faden**
77 Sugar Creek Center Blvd., Suite 230
Sugar Land, Texas 77478
Telephone: (281) 491-6182
Facsimile: (281) 491-0049
Texas Bar No. 06768725
**E-MAIL: caryfaden@aol.com**
<u>Attorney for Appellant</u>

NOW COMES APPELLANT in the above-styled matter, and pursuant to this Court's Order of December 22, 2014, do hereby show the Court the following:

1.    Appellant by and through his Attorney On Direct Appeal, CARY M. FADEN, will appear at oral argument, set by the Court for February 5, 2015, at the University of Texas-El Paso Campus, at 9:00 a.m.

2.    Appellant will be arguing:

**POINT OF ERROR ONE**

THE TRIAL COURT REVERSIBLY ERRED AND ABUSED ITS DISCRETION IN DENYING APPELLANT'S MOTION TO SUPPRESS.

Respectfully submitted,

**/s/CARY M. FADEN**
**Cary M. Faden**
SBN 06768725
Counsel for Appellant
77 Sugar Creek Center Blvd., Suite 230
Sugar Land, Texas 77478
Telephone: (281) 491-6182
Facsimile: (281) 491-0049
**E-MAIL: caryfaden@aol.com**
Attorney For Appellant

## CERTIFICATE OF SERVICE

In accordance with TEX. R. APP. P. 9.5, I Cary M. Faden, certify that a true and correct copy of the foregoing Motion has been served, by hand delivery, and/or by U.S. Mail, and/or by facsimile transmittal, to Terence Tramaine Andrus; to the attorney for the State Of Texas, John F. Healey, Jr., District Attorney, Appellate Division, 301 Jackson Street, Room 101, Richmond, Texas 77469 on this 12th day of January, 2015.

/s/ CARY M. FADEN
Cary M. Faden